

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00443-CV

**IN RE** Freddie Lee **WALKER**

Original Mandamus Proceeding[1]

**ORDER**

On September 10, 2020, relator filed a pro se petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 30, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 19-2808-CV-A, styled *Freddie Lee Walker v. Darrell Hunter, Justice of the Peace, Precinct 1, et al.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.